JACQUELINE MITTELSTADT, CSB# 172188
City Attorney, City of South Lake Tahoe
PATRICK ENRIGHT, CSB#113020
Deputy City Attorney, City of South Lake Tahoe
South Lake Tahoe, CA 96150
(530) 542-6040; FAX (530) 542-7416

Attorney for Defendant CITY OF SOUTH LAKE TAHOE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREA TRANSIT MANAGEMENT, INC., a California corporation; MORRIS TRANSIT SERVICES, INC., a California corporation;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SOUTH LAKE TAHOE and DOES 1 through 30, inclusive;<br><br>Defendants | Case No. **2:09−CV−01551−MCE−KJM**<br><br>ORDER ON STIPULATION FOR AN EXTENSION FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>Judge: Honorable Morrison C. England, Jr. |

The parties having filed a Stipulation For an Extension for Defendant to Respond to the Complaint, GOOD CAUSE is found and Defendant, CITY OF SOUTH LAKE TAHOE, has until August 28, 2009 to file a response to the Complaint.

IT IS SO ORDERED.

DATED: August 10, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

ORDER CONTINUING DATE TO FILE RESPONSE TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com